UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-79-BO1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | O R D E R |
| CALVIN GARNER, JR. | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 41 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 6 day of March, 2012.

TERRENCE W. BOYLE
United States District Judge